■ In the Matter of QUAYSHAWN B. and Others, Children Alleged to be Neglected. TASHA H. et al., Respondents; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Appellant. [680 NYS2d 790] —Appeal from order, Family Court, New York County (Mary Bednar, J.), entered on or about February 20, 1998, unanimously dismissed, *sua sponte,* without costs or disbursements, as moot, in light of the subsequent order of the same court (Sara Schechter, J.), entered on or about August 4,

1998, which dismissed the petition alleging neglect. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Rubin and Andrias, JJ.